## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　)
　　　　　v.　　　　　　　　　　)　Civil Action No. : 2:07-CV-052
　　　　　　　　　　　　　　　　)
AMY L. DULI,　　　　　　　　　　)
　　　　　　Defendants.　　　　　)
　　　　　　　　　　　　　　　　)

### ORDER

AND NOW, to wit, this _9th_ day of _April_ 2007, upon consideration of the

foregoing Stipulation and Consent Judgment filed by Plaintiff, United States of America,  IT  IS

HEREBY ORDERED, ADJUDGED, and DECREED that said judgment is hereby entered in

favor of Plaintiff, United States of America, and against Defendant, Amy L.  Duli, individually,

in the accumulated amount of:

$20,541.83 (principal of $13,866.20, $0.00  administrative/penalty charges  and  interest of

$6,675.63), plus interest at 8.09% per annum from October 25, 2006, through the date of judgment,

plus interest at the legal rate thereafter, plus costs, until paid in full, plus

$16,477.65 (principal of $11,443.99, $0.00  administrative/penalty charges  and  interest of

$5,033.66), plus interest at  rate of  7.94% per annum from October 25, 2006, through the date of

judgment, plus interest at the legal rate thereafter, plus costs, until paid in full, plus

$13,879.35 (principal of $10,025.76, $0.00  administrative/penalty charges  and  interest of

$3,853.59), plus interest at  rate of  8.49% per annum from October 25, 2006, through the date of

judgment, plus interest at the legal rate thereafter, plus costs, until paid in full, plus

$6,883.65 (principal of $4,984.98, $0.00 administrative/penalty charges and interest of

$1,898.67), plus interest at rate of 8.34% per annum from October 25, 2006, through the date of

judgment, plus interest at the legal rate thereafter, plus costs, until paid in full.

*Donetta F. Ambrose*

DONETTA W. AMBROSE
Chief, United States District Court Judge